UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-12993-GAO

GREGORY WALL,
Plaintiff,

v.

DR. REBECCA LUBELCZYK, et al.,
Defendants.

ORDER ON PENDING MOTIONS
August 2, 2016

O'TOOLE, D.J.

This Order resolves certain pending motions.

The plaintiff's two motions (dkt. nos. 26 and 36) for an extension of time in which to respond to the pending motions to dismiss (dkt. nos. 22 and 33) are GRANTED. The plaintiff shall respond to each by September 1, 2016.[1]

The plaintiff's motion to appoint counsel (dkt. no. 27) is DENIED.

The plaintiff's motion for an order to ensure service (dkt. no. 30) is DENIED.

The plaintiff's two motions for sanctions (dkt. nos. 37 and 48) are DENIED.

The plaintiff's motion for discovery (dkt. no. 38) is DENIED.

The motion of defendants Groblewski, Lubelcyk, and Riendeau to transfer this case for the purpose of conducting a medical malpractice tribunal (dkt. no. 40) is DENIED WITHOUT PREJUDICE. As a matter of case management, the Court will first address the federal constitutional and statutory claims only.

---

[1] Because the motions to dismiss have been pending for over nine months, the Court is not inclined to grant any further requests for additional time to respond to the two pending motions to dismiss.

Finally, the plaintiff shall effect service of process on all remaining defendants by September 1, 2016, or they will be dismissed from this action.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge