UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Wall, | * |
| Plaintiff, | * |
| | * Civil Action No. 1:15-cv-12993-GAO |
| Dr. Rebecca Lubelczyk, et al | * |
| Defendant, | * |

ORDER

June 27, 2017

O'Toole, D.J.

Pursuant to the Opinion and Order [79] entered on 06/27/2017 GRANTING [71] Defendant's Motion for Judgment on the Pleadings, this case is hereby CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge